# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*CHARLES V. WAGNER*      v.      *ROBERT STEWART, et al.*

THE HONORABLE JOHN W. SEDWICK      CASE NO. 2:06-cv-01088 (JWS)

PROCEEDINGS:     **ORDER FROM CHAMBERS**      Date: January 16, 2008

       At docket 16, the magistrate judge recommends that Charles Vincent Wagner's petition for writ of habeas corpus be dismissed.  No objections have been filed.  This court reviews such recommendations according to the following standard:  All recommended conclusions of law and all recommended factual findings as to which an objection is taken are reviewed *de novo*, while all recommended factual findings as to which no objection is taken are reviewed for clear error.  Applying that standard here, this court finds that the report from Magistrate Judge Velasco is correct in all respects. Accordingly, the report at docket 16 is **ADOPTED**, and Wagner's petition is **DISMISSED**.